| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | BENJAMIN A. GERSON, NY Bar # 5505144 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | WILLIAM MATTHEWS PENNY III |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  6:19-mj-00068 JDP |
| Plaintiff, | **STIPULATION FOR DEFENDANT TO APPEAR BY VIDEO TELECONFERENCE; ORDER** |
| vs. | |
| WILLIAM MATTHEWS PENNY III, | Date:    December 17, 2019 |
| Defendant. | Time:    10:00 a.m. |
| | Judge:   Hon. Jeremy D. Peterson |

The parties, through their respective counsel, Susan St. Vincent, Acting Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, William Matthews Penny III, hereby stipulate and jointly move this Court to permit the defendant to waive his right to be personally present at the initial appearance hearing on December 17, 2019, at 10:00 a.m., and instead appear by video conference from the United States District Court in Sacramento, California.  The parties make this request pursuant to Fed. R. Crim. P. 43(b)(2).

Mr. Penny's motion is based on extreme financial hardship.  Since September 8, 2019 Mr. Penny was homeless.  In early November 2019, he started working as a mechanic in Sacramento.  Shortly after he began his current job, his car broke down and he missed six days of work.  He has been warned repeatedly that any continued absence will result in the termination of his employment.

While Mr. Penny understands the importance of appearing in person, traveling to and from Yosemite to attend the hearing could jeopardize his employment. As a poor person with precarious employment, Mr. Penny asks the court to consider not only the potential impact to his employment, but also to his living arrangements. Mr. Penny requests the Court accept waiver of his right to be personally present at the proceedings on December 17, 2019.

                Respectfully submitted,

BENJAMIN J. WAGNER
United States Attorney

Dated: December 10, 2019                */s/ Susan St. Vincent*
SUSAN ST. VINCENT
Acting Legal Officer
National Park Service
Yosemite National Park

Dated: December 10, 2019                HEATHER E. WILLIAMS
Federal Defender

                                               */s/ Benjamin A. Gerson*
BENJAMIN A. GERSON
Assistant Federal Defender
Attorney for Defendant
WILLIAM MATTHEWS PENNY III

ORDER

The above stipulation for defendant to appear via video teleconference in Case No. 6:19-mj-00068, is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.

Dated:   December 11, 2019               _____
                                         UNITED STATES MAGISTRATE JUDGE