UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM MATTHEWS PENNY III,<br><br>    Defendant. | Case No. 6:19-mj-00068-JDP-1<br><br>ORDER GRANTING DEFENDANT OPPORTUNITY TO RE-EXAMINE WITNESS<br><br>ECF No. 34 |

In his second motion to strike, defendant raises questions about his ability to conduct meaningful cross-examination of the witness Steven Isch during the suppression hearing that occurred on August 28, 2020. *See* ECF No. 34. Defendant asserts that the cross-examination would have proceeded differently had the government provided correct information about missing bodycam evidence prior to the hearing. *See id.*

For the purposes of his motion to suppress, the court will grant defendant the opportunity to re-examine Ranger Isch on the limited subject of bodycam evidence and related communications. If defendant wishes to question Ranger Isch further, he must file a request to the court by the deadline set forth below.

Accordingly,

1. Defendant William Matthews Penny III must request a hearing by Monday, November 30, 2020, if he wishes to re-examine Ranger Steven Isch for the purposes of his motion to suppress.

1  IT IS SO ORDERED.
2
3  Dated:    November 18, 2020                    _____
                                                  JEREMY D. PETERSON
4                                                 UNITED STATES MAGISTRATE JUDGE