Sean O. Anderson
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 213-8743

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM MATTHEWS PENNY III,<br><br>Defendant. | No. 6:19-mj-00068-JDP<br><br>**MOTION TO DISMISS; AND [PROPOSED] ORDER THEREON** |

     Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice and in the interest of justice. The parties have reached a resolution in this matter wherein the Government will dismiss the pending case and issue the Defendant a citation for Present in the Park While Under the Influence of Alcohol, which the Defendant will pay through the Central Violations Bureau within 60 days.

Dated: June 8, 2017                      Respectfully submitted,

                                                /S/ *Sean O. Anderson*
                                                Sean O. Anderson
                                                Legal Officer
                                                Yosemite National Park

**ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Penny* 6:19-mj-00068-JDP, be dismissed, without prejudice, in the interest of justice. The status conference currently scheduled for June 8, 2021 is vacated.

IT IS SO ORDERED.

Dated: June 8, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE